IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OLA ROSE GAFFORD and
RANDY GAFFORD                                                            PLAINTIFFS

V.                                    4:13CV00295 JMM

ALLSTATE INSURANCE COMPANY                                   DEFENDANT

**ORDER**

Pending are Plaintiffs' motions in limine. (Docket # 46 and 47). Defendant has filed a response. Plaintiffs' motions are GRANTED IN PART AND DENIED IN PART. Testimony and exhibits concerning the following matters will not be admissible at trial:

1. Ola Gafford's disability.

2. Ola Gafford's prior divorces.

3. A prior insurance claim on the Pinto Trail property.

4. Randy Gafford's automobile accident.

5. Randy Gafford's prior marriages.

6. The Gafford's prior separation.

Evidence and testimony relating to the prior bankruptcy or garnishments of Ola Gafford or Randy Gafford will only be admissible with regard to Plaintiffs' claim for ruination of credit. If this claim is dismissed or is not pursued at trial, the evidence will be inadmissible.

IT IS SO ORDERED this 6th day of March, 2014.

_____
James M. Moody
United State District Judge